CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
ronald.cheng@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT H. LAWRENCE and<br>DEBRA R. LAWRENCE<br><br>　　　Defendants. | Case No. 2:21-cr-000214-RFB-DJA<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

　　　The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Valerie G. Preiss and Patrick Burns, Trial Attorneys with the United States Department of Justice, Tax Division, be permitted to appear before this Court in the above-captioned case.

　　　Ms. Preiss is a member in good standing of the bar of the District of Columbia, and Mr. Burns is a member in good standing of the bar of Nevada. They are both employed by the United States as attorneys, and, in the course and scope of their employment, they have

　　//

　　//

　　//

occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter..

Dated: August 6, 2021

Respectfully Submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney
Chief, Criminal Division

ORDER

IT IS SO ORDERED:

RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2021

2