GEORGE P. KELESIS
Nevada Bar No. 0069
COOK & KELESIS, LTD.
517 S. 9th Street
Las Vegas, Nevada  89101
Telephone:  (702) 737-7702
Facsimile:   (702) 737-7712
E-mail:       law@bckltd.com

Attorneys for Defendant
DEBRA R. LAWRENCE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT H. LAWRENCE and<br>DEBRA R. LAWRENCE,<br><br>Defendants. | CASE NO.:  2:21-CR-214-RFB-DJA<br><br>ORDER                  TO CONTINUE DEFENDANTS' INITIAL APPEARANCE FROM AUGUST 11, 2021 AT 2:30 PM TO AUGUST 19, 2021 AT 2:30 PM AND [PROPOSED] ORDER |

  Defendants, Scott H. Lawrence and Debra R. Lawrence, by and through their respective counsel, and the United States of America, by and through counsel, respectfully move the Court to continue the initial appearance date presently scheduled for August 11, 2021 at 2:30 p.m., to August 19, 2021, at the Lloyd D. George Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

  In so stipulating the parties represent as follows:

  1. Defendants Scott H. Lawrence and Debra R. Lawrence were indicted on August 3, 2021.  The Court issued summonses for the Lawrences to appear for initial appearance on August 11, 2021, at 2:30 p.m.;

  2. Undersigned counsel for Scott Lawrence will be flying to Florida on August 11, 2021 to attend a Grand Jury appearance by his client on August 12, 2021, and is therefore not available to be present on August 11th in Las Vegas.

7020643_1

3. Counsel for Scott Lawrence will be filing a Petition for Permission to Practice and will comply with all requirements of LR IA 11-2 by August 16, 2021.

4. Counsel for Debra Lawrence is scheduled to be out of Nevada for the week of August 9, for an emergency personal reason.

5. Both Mr. Lawrence's and Ms. Lawrence's counsel are available on August 19 and 20, 2021.

6. Undersigned counsel has confirmed with DOJ Tax prosecutor Valerie Preiss that the government is available on August 19, 20, and 23, and does not object to the Defendants' request for a continuance to one of those dates.

7. This request to continue is made in good faith for the reasons set forth above, and not merely for the purpose of delay.

8. Accordingly, the parties jointly request that the Court continue the initial appearance for both defendants to August 19, 2021, at 2:30 p.m.

Respectfully Submitted on this _____ day of August, 2021.

/s/ Evan J. Davis
EVAN J. DAVIS, California Bar No. 250484
Attorneys for Defendant
SCOTT H. LAWRENCE

/s/ George Kelesis
GEORGE KELESIS
Attorneys for Defendant
DEBRA R. LAWRENCE

CHRISTOPHER CHIOU
Acting United States Attorney
SIMON F. KUNG
Assistant United States Attorney

/s/ Valerie G. Preiss
VALERIE G. PREISS
PATRICK BURNS
Trial Attorneys, Department of Justice
Attorneys for United States of America

7020643_1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing STIPULATION TO CONTINUE DEFENDANT'S INITIAL APPEARANCE FROM AUGUST 11, 2021 AT 2:30 PM TO AUGUST 19, 2021 AT 2:30 PM;  and [PROPOSED] ORDER INITIAL APPEARANCE DATE was filed electronically and that service will be accomplished via the Court's CM/ECF system.

DATED: August 6, 2021

/s/  Sherrill D. Grotheer
An employee of Cook & Kelesis, Ltd.

7020643_1

GEORGE P. KELESIS
Nevada Bar No. 0069
COOK & KELESIS, LTD.
517 S. 9th Street
Las Vegas, Nevada  89101
Telephone:  (702) 737-7702
Facsimile:   (702) 737-7712
E-mail:      law@bckltd.com

Attorneys for Defendant
DEBRA R. LAWRENCE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT H. LAWRENCE and<br>DEBRA R. LAWRENCE,<br><br>Defendants. | CASE NO.:  2:21-CR-214-RFB-DJA<br><br>ORDER CONTINUING INITIAL APPEARANCE DATE<br><br>[PROPOSED] |

Pursuant to the stipulation of the parties, Defendants' initial appearance date is continued from August 11, 2021 at 2:30 p. m. to August 19, 2021 at 2:30 p.m. at Lloyd D. George Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

**IT IS SO ORDERED.**

DATED:

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

7020489_1