## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT H. LAWRENCE<br><br>Defendant. | Case No. 2:21-cr-214-ART-DJA<br><br>ORDER |

Based on defendant's opposed motion to continue (ECF No. 50) his sentencing hearing and to impose a briefing schedule, the Court ORDERS that defendant's sentencing hearing is hereby continued to Friday, November 3, 2023, at 10:00 a.m. The Court further orders the following briefing schedule:

- Sentencing Positions and PSR Objections due on or before Friday, October 13, 2023; and
- Responses to Sentencing Positions due on or before Friday, October 20, 2023.

Dated this 1st day of June, 2023.

_____
Anne R. Traum
United States District Court Judge