# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT H. LAWRENCE,<br><br>Defendant. | CASE NO. 2:21-cr-214-ART-DJA<br><br>ORDER |

Based on Mr. Lawrence's motion to continue the date on which he must surrender for service of sentence at the institution designated by the Bureau of Prisons, his surrender date is hereby CONTINUED to May 30, 2024, at 12:00 noon.

Dated this 26th day of February 2024.

By: _____

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE